IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JEROME F. CROTEAU,<br>Plaintiff,<br>vs.<br>DONALD J. TRUMP, et al.,<br>Defendants. | CV-26-25-H-JTJ<br><br>**ORDER** |

On July 14, 2026, this Court ordered the Plaintiff to file with the Court proof of service of summons and complaint on the Defendants or show cause why this cause should not be dismissed, without prejudice. To date, Plaintiff has failed to do so. Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

DATED this 18th day of August 2026.

Brian Morris, Chief District Judge
United States District Courts