UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JERMOE F. CROTEAU,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, et al,<br><br>Defendants. | Case No. CV-26-25-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED : Case is DISMISSED without prejudice.

Dated this 18th day of August, 2026

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
Deputy Clerk